IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-307-D

| | |
|---|---|
| OBERLIN CAPITAL ACQUISITIONS LLC, ) | |
| BILLIE J. REDMOND, and C. NEAL COKER, JR.,) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| C-III ASSET MANAGEMENT LLC, ) | |
| U.S. BANK NATIONAL ASSOCIATION . ) | |
| TRUSTEE SUCCESSOR TO WELLS FARGO ) | |
| BANK, N.A., FOR THE REGISTERED ) | |
| HOLDERS OF CREDIT SUISSE FIRST ) | |
| BOSTON MORTGAGE SECURITIES CORP., ) | |
| COMMERCIAL MORTGAGE PASS-THROUGH ) | |
| CERTIFICATES, SERIES 2007-C3, ) | |
| ) | |
| Defendants. ) | |

On June 26, 2017, the court held a hearing on plaintiffs' motion for a temporary restraining

order. As explained in open court and incorporated by reference, plaintiffs' motion for a temporary

restraining order [D.E. 11] is DENIED.

SO ORDERED. This 26 day of June 2017.

JAMES C. DEVER, III
Chief United States District Judge